COMMONWEALTH of Pennsylvania,
Appellant,

v.

**Chris A. FREY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 31, 1999.
Decided Sept. 23, 1999.

J. Karen Arnold, Asst. Dist. Atty., District Attorney's Office, for Com.

Ronald McGlaughlin, State College, for Chris A. Frey.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, — Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Centre County Court of Common Pleas dated March 15, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

---

**5.** Eligibility for assistance is determined prospectively by using the best estimate of income and circumstances of the recipient family *during the calendar month in which the assistance payment is made.* 55 Pa.Code § 183.12 (emphasis added). Income eligibility for cash assistance is prospectively determined for a calendar month based on anticipated income of individuals whose income shall be counted in determining eligibility. 55 Pa.Code § 183.101(a).

**6.** Because the validity of these regulations has not been contested by the parties and is therefore not at issue, we must assume that the regulations are valid and binding on this Court.